ORIGINAL

RECEIVED
OCT 2 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

Ronald J. Menke

Name of the attorney of record (See RCFC 83.1(c)): Scott H. York
Firm Name: Quintana & York, P.C.
Post Office Box:
Street Address: 3341 South 700 East
City-State-Zip: Salt Lake City, Utah 84106
Telephone & Facsimile Numbers: 801-363-7726

07-709 C

Is the attorney of record admitted to the Court of Federal Claims Bar? ☒ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☒Yes ☐ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code:
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, Also claiming Military pay - Reinstatement/Correction of records. Code: 346. 226, 312, 356, or 528 are used, please explain. Petitioner is a Title 32 employee.

Agency Identification Code: DOD
See attached sheet for three-digit codes.

Amount Claimed: $ 701,736.74 (approx)
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ☒ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $________
Is plaintiff a small business? ☐ Yes ☒ No

Vaccine Case:
Date of Vaccination: ________

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ☒ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

RECEIVED
OCT 2 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS