# In the United States Court of Federal Claims

No. 07-709C
(Filed: February 11, 2008)

********************************
RONALD J. MENKE,

*Plaintiff*,

v.

UNITED STATES,

*Defendant*.
********************************

ORDER

Plaintiff's counsel has indicated that he did not receive the government's motion to dismiss until January 24, 2008. Plaintiff is given an enlargement of time, to and including February 29, 2008, within which to file his response or cross-motion.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge