**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| Ronald J. Menke,<br><br>Petitioner,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant | **STIPULATION TO VOLUNTARY DISMISSAL**<br><br>No. 07-709C<br><br>Judge Bruggink |

Plaintiff Ronald J. Menke and defendant United States hereby stipulate to the voluntary dismissal of Plaintiff's complaint under Court of Federal Claims Rule 41(a)(1), said dismissal to be without prejudice.

Dated February 29, 2008

s/ SCOTT H. YORK
Attorney for Plaintiff

Dated: ____________________, 2008

s/ ________________________________
Attorney for Defendant