**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **RONALD J. MENKE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 07-709C** |
| | ) | **(Judge Bruggink)** |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Plaintiff's Reply To Defendant's Motion To Dismiss that was filed on March 3, 2008, and Rule 41(a)(1)(ii) of the rules of this Court, it is hereby stipulated and agreed by the parties that plaintiff's action against the United States shall be, and hereby is, dismissed without prejudice.

Respectfully submitted,

s/ Scott H. York
SCOTT H. YORK
Attorney for Ronald J. Menke

February 29, 2008

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

s/ Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0383
Fax: (202) 353-7988

OF COUNSEL:

CAPTAIN STEVEN R. SNORTLAND
Trial Attorney
General Litigation Branch
Military Personnel Division
Air Force Legal Operations Division
Arlington, VA 22209-2403
Attorneys for Defendant

March 7, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of March, 2008, a copy of the foregoing **"JOINT STIPULATION OF DISMISSAL"** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas K. Mickle